JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DENISE BOYD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERIC H. HOLDER, JR.<br>UNITED STATES ATTORNEY<br>GENERAL, etc., et al.,<br><br>　　　　Defendants. | Case No. CV 14-05451-VAP<br>(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: October 17, 2014

　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge